# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

**CASE NO.** W09CA033 _____

## SUPPLEMENT TO JS 44 CIVIL COVER SHEET, TO BE USED WHEN FILING A REMOVAL CASE

THIS FORM MUST BE FILED WITH THE UNITED STATES DISTRICT CLERK'S OFFICE ON THE FIRST BUSINESS DAY FOLLOWING THE FILING OF THE NOTICE OF REMOVAL

Additional Sheets May be Used as Necessary

This Form Must be Signed by Attorney of Record for Removing Party

Was Jury Demand Made In State Court?     ___✔___ Yes     _____ No

    If "Yes," by which party, and on what date?

    __Debbie Echols and Rhonda Echols__     __January 22, 2009_____
    Party                                     Date

### STYLE OF ORIGINAL PETITION

(Please include all Plaintiffs, Defendants, and Intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named, and include the attorney's firm name, mailing address, and phone number (including area code).)

|            Party            |           Attorney(s)           |
|-----------------------------|---------------------------------|

**Plaintiffs:**

| Debbie Echols | Debbie Echols, *Pro Se*<br>11906 Duane Street<br>Houston, Texas 77047     Ph: (713)412-7715 |
| Rhonda Echols | Rhonda Echols, *Pro Se*<br>2738 Troy Drive<br>Missouri City, Texas 77459  Ph: (713)412-7715 |

**Defendant:**

| United States of America | Steven B. Bass, U.S. Attorney's Office<br>816 Congress Avenue, Suite 1000<br>Austin, Texas 78701     Ph: (512)916-5858 |

## COUNTERCLAIMS, CROSSCLAIMS AND/OR THIRD PARTY CLAIMS

(Please list separately each counterclaim, crossclaim, or third-party claim still remaining in the case, and designate the nature of each such claim.  For each counterclaim, crossclaim, or third-party claim, please include <u>all</u> Plaintiffs, defendants, and Intervenors still remaining in the case. Also, list the attorney(s) of record for each party named, and include the attorney's firm name, mailing address, and phone number (including area code).)

Party                              Attorney(s)

2/9/09
Date

Signature of Attorney of Record
For Removing Party